UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                  Plaintiff,                Case No. 1:23-cr-20122

v.                                    Honorable Thomas L. Ludington
                                    United States District Judge

NOLAND WOODS, II,

                                    Honorable Patricia T. Morris
                Defendant.        United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING MOTION FOR
SPECIFIC PERFORMANCE OF PLEA AGREEMENT AS MOOT, ACCEPTING
GUILTY PLEA, AND TAKING RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

       Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Noland

Woods, II's consent on March 13, 2024. ECF Nos. 26; 27; 29.  That same day, Judge Morris issued

a report recommending the acceptance of Defendant's guilty plea. ECF No. 35. Judge Morris gave

the Parties 14 days to object, but they did not do so. They have therefore forfeited their right to

appeal Judge Morris's findings that Defendant was competent to enter a plea and did so knowingly,

voluntarily, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Berkshire v. Dahl*, 928 F.3d 520,

530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

       Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No.

35, is **ADOPTED**.

       Further, it is **ORDERED** that Defendant's Motion for Specific Performance of Plea

Agreement, ECF No. 17, is **DENIED AS MOOT.**

Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED**, and that the Rule 11 Plea Agreement, ECF No. 31, is **TAKEN UNDER ADVISEMENT**.

Dated: April 1, 2024                                    s/Thomas L. Ludington
                                                       THOMAS L. LUDINGTON
                                                       United States District Judge